SCANNED

JAN 06 2006

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JILL C. BONNER
*Plaintiff,*

v.

THE UNIVERSITY OF RHODE ISLAND CHAPTER OF THE AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS
*Defendant.*

C.A. No. 04-259S

RECEIVED
JAN 01 2006
Property of U.S. District Court
District of Rhode Island

## STIPULATION OF DISMISSAL

Pursuant to Fed Rules Civ Proc R 41(a), the parties hereby agree that the above-captioned matter will be dismissed with prejudice in accordance with the attached Settlement Agreement.

Plaintiff,
Pro Se,

Jill C Bonner

Jill Bonner
118 Narrow Lane
Charlestown, RI 02813

date: 1/3/2006
(Note: mutual release signed 8/6/2005)
cc. Andrews Law Firm
ADR Berry Mitchell

Defendant,
By its Attorneys,

Marc Gursky (#2818)
Elizabeth Wiens (#6827)
Gursky Law Associates
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

ENTER WEM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 1/12/06

(16)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAN 06 2006

| | | |
|---|---|---|
| **JILL C. BONNER** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| **vs** | ) | **CA 04-CV-259S** |
| | ) | |
| | ) | |
| **THE UNIVERSITY OF RHODE ISLAND CHAPTER OF THE AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS** | ) | |
| | ) | |
| **Defendant** | ) | |

# SETTLEMENT AGREEMENT

The parties in the above captioned matter hereby agree to settle this case on the following terms and conditions.

1. Plaintiff agrees to dismiss her complaint with prejudice against the defendant.
2. Defendant agrees to hold Plaintiff harmless for any attorneys fees, costs, or interest in the above matter.
3. This settlement shall not be construed as an admission of liability against either side.
4. Parties agree to exchange mutual releases of all claims against each other.

Plaintiff: Jill C Bonner

Defendant Counsel: #2418

Dated this the 18 May, 2005.